IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: RDB-14-577 |
| JOHN EDWARD HAYES | * | |
| Defendant | * | |

*********************************************************************************

**MOTION TO SUPPRESS EVIDENCE SEIZED DURING THE SEARCH OF A WHITE NISSAN ALTIMA**

Now comes the Defendant, **John Edward Hayes,** by and through David R. Solomon, Esquire, his court-appointed counsel pursuant to the CJA, and hereby moves this Honorable Court to suppress all evidence seized as a result of the unlawful search of a White Nissan Altima. In support of this Motion, undersigned counsel states the following:

1) The Defendant has been charged by indictment with six (6) counts of bank robbery in violation of 18 U.S.C. §2113(a)(f) as well as one count of Brandishing a Firearm in Relation to Crime of Violence under 18 U.S.C. §924(c)(1)(A) and Felon in Possession of a Handgun in violation of 18 U.S.C. §922(g)(1).

2) The indictment stems, in part, from the execution of a warrantless search which was conducted on a white, Nissan Altima, bearing Maryland Tag 6A over A 0229 on or about May 7, 2014. Because the warrantless search was not based on probable cause, and because the officers were not entitled to search the vehicle, the search of the vehicle was invalid, and any evidence obtained as a result must be suppressed.

3) Because the warrantless search of the vehicle was not executed properly, any evidence or statement obtained as a result must be suppressed.

**WHEREFORE**, Mr. Hayes respectfully moves this Honorable Court to suppress any evidence obtained as a result of the unlawful search of white, Nissan Altima, bearing Maryland Tag 6A over A 0229.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles Street, Suite 1717
Baltimore, Maryland 21021
Phone No.: 410-244-8822
Fax No. : 410-625-1028
drsolomonlaw@gmail.com

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fourth Amendment to the United States Constitution;
2. United States v. Leon, 468 U.S. 897 (1984);
3. California v. Greenwood, 486 U.S. 35 (1998);
4. United States v. Lalor, 996 F.2d 1578 (1993);
5. Whiteley v. Warden, Wyoming Statė Penitentiary, 401 U.S. 560, (1971);
6. Lee v. State, 139 Md. App. 79 (2001);
7. Gould v. Davis, 165 F.3d 265 (4th Cir. 1998);
8. Wong Sun v. United States, 371 U.S. 471 (1963).

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, the Defendant requests a hearing on this Motion.

DAVID R. SOLOMON, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of April, 2015, a copy of the foregoing Motion To Suppress Evidence Seized During The Search Of a White, Nissan Altima, was filed via CM/ECF to:

P. Michael Cunningham, Esquire
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

DAVID R. SOLOMON, ESQ.