IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: RDB-14-577 |
| JOHN EDWARD HAYES | * | |
| Defendant | * | |

**********************************************************************************

**MOTION TO FILE ADDITIONAL MOTIONS AFTER DISCOVERY**

Now comes the Defendant, **John Edward Hayes,** by and through David R. Solomon, Esquire, and respectfully requests this Honorable Court to permit said Defendant to file additional pre-trial Motions after discovery, and in support thereof, represents the following:

1) The Defendant has received voluminous discovery from the Assistant United States Attorney.

2) The Defendant has signed a discovery agreement.

3) Only upon evaluating the information received through said discovery will defense counsel be in a position to competently advise the Defendant and to intelligently decide whether or not it would be strategically advisable to file additional pre-trial Motions.

4) That additional pre-trial Motions may be absolutely necessary for the legally competent representation of John Hayes.

5) As aforesaid, the discovery in this case is voluminous and counsel for the Defendant may not have the opportunity to adequately sift through the discovery in order to determine if there are any additional pre-trial Motions.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court issue an Order permitting the filing of additional pre-trial Motions.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles Street, Suite 1717
Baltimore, Maryland 21021
Phone No.: 410-244-8822
Fax No. : 410-625-1028
drsolomonlaw@gmail.com

**REQUEST FOR HEARING**

The Defendant, John Hayes, by his attorney, David R. Solomon, Esquire, requests a hearing in Open Court on the following Motion to File Additional Motions.

DAVID R. SOLOMON, ESQ.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of April, 2015, a copy of the foregoing Motion To File Additional Motions After Discovery was filed via CM/ECF to:

P. Michael Cunningham, Esquire
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

DAVID R. SOLOMON, ESQ.