IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: RDB-14-577 |
| JOHN EDWARD HAYES | * | |
| Defendant | * | |

******************************************************************************

**MOTION FOR SEVERANCE BASED UPON PREJUDICAL JOINDER OF OFFENSES**

Now comes the Defendant, John Edward Hayes, by and through his attorney, David R. Solomon, and pursuant to Fed. R. Crim. Proc. 14, and hereby moves this Honorable Court to enter an Order severing the trial of the above entitled case as to the offenses named in the indictment and in support thereof does state, as follows:

1. The Defendant has been charged by indictment with six (6) counts of bank robbery in violation of 18 U.S.C. § 2113(a)(f) as well as one count of Brandishing a Firearm in Relation to Crime of Violence under 18 U.S.C. § 924(c)(1)(A) and Felon in Possession of a Handgun in violation of 18 U.S.C. §922(g)(1);
2. The offenses listed in the indictment are distinct and unrelated to each other;
3. The offenses are not part of a common scheme or plan, nor are the offenses based on the same act or transaction; and
4. Joinder of the offenses that are very similar but unrelated would be unduly prejudicial to the Defendant.

**WHEREFORE**, Mr. Hayes respectfully moves this Honorable Court to sever the offenses.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No.: 410-625-1028
Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of May, 2015, a copy of the foregoing Motion For Severance Based Upon Prejudicial Joinder Of Offenses was filed via CM/ECF to P. Michael Cunningham, Esquire, Assistant United States Attorney.

DAVID R. SOLOMON, ESQ.