LAW OFFICE
DAVID R. SOLOMON, LLC
SUITE 1717
201 N. CHARLES STREET
CHARLES AND LEXINGTON STREETS
BALTIMORE, MARYLAND 21201

EMAIL:
drsolomonlaw@gmail.com

OFFICE (410) 244-8822
FAX (410) 625-1028

May 7, 2015

**ECF - Filing**
The Honorable Judge Richard D. Bennett
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RE: USA vs. John Edward Hayes
Criminal No.: RDB-14-0577

Dear Mr. Bennett:

The above-referenced case is scheduled for a Motions Hearing on May 21, 2015 at 11:00 a.m. and has a trial date of June 1, 2015 before Your Honor.

Assistant United State's Attorney Michael Cunningham and I have been engaging in plea discussions in this matter. On April 21, 2015, Mr. Cunningham forwarded a plea offer to Mr. Hayes which was reviewed by me and Mr. Hayes on a subsequent date. The plea offer did not contemplate that Mr. Hayes would be considered an Armed Career Criminal.

Because of questions regarding Mr. Hayes' criminal history, a Pre-plea criminal history was conducted. On or about April 21, 2015, probation completed that investigation and they determined that Mr. Hayes was an Armed Career Criminal. Of course, the calculus with regard to plea discussions was significantly changed by that determination.

One of the predicate convictions on Mr. Hayes's record was a 1990 Robbery With a Deadly Weapon with an offense date of June 15, 1990 under Circuit Court for Baltimore County Case Number 03K90001088. In that case, Mr. Hayes received a ten (10) year sentence. In the pre-plea report it indicates "Attorney representation is unknown.". Mr. Hayes has assured me that in that case he was unrepresented by an attorney.

Because the stakes are extremely high should Mr. Hayes be found guilty of any one of the bank robberies charged in the above-referenced case, it is my wish and hope that I might be able to pursue a Coram Nobis on his behalf. Unfortunately, based on the motions and trial dates it would be impossible to obtain the information necessary to file a Coram Nobis Petition by either one of those dates.

I have spoken with Mr. Cunningham and he has authorized me to indicate to Your Honor that he has no objection to a postponement request to provide me with the necessary time to

explore the possibility and file a Coram Nobis Petition on behalf of Mr. Hayes. I should further add that Mr. Cunningham has not issued subpoenas for any of his witnesses for either the motions hearing date or the trial date.

I know that Your Honor is loath to grant postponements particularly where those requests are trivial if not downright unnecessary and dilatory. However, in the case sub-judice, Mr. Hayes faces trial on six (6) separate bank robberies. He has confessed to each one and further initialed surveillance photos taken of him at each one of the subject bank robberies. As such, the stakes are extremely high for him and a conviction on any one of the six (6) bank robberies coupled with a determination that he is an Armed Career Criminal would result in incarceration for the remainder of his natural life (Mr. Hayes's age is 45).

I don't make this request on a whim or simply to delay the inevitable. I make it because I believe Mr. Hayes is entitled to effective representation. Without benefit of a continuance in his case I believe that Mr. Hayes will be effectively denied that competent representation.

Mr. Cunningham is aware of this request. For that reason, I have chosen not to file this request under seal.

I thank you for your consideration in this matter and I look forward to a ruling on the request.

Very truly yours,

DAVID R. SOLOMON

DRS:jljl

cc: P. Michael Cunningham
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201