**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO.: RDB-14-577** |
| **JOHN HAYES** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * *

**MOTION FOR POSTPONEMENT**

Now comes the Defendant, **John Hayes,** by his undersigned attorney, David R. Solomon, Esquire, and hereby respectfully requests a postponement of the Motions Hearing and Trial date in the above-captioned case and for reasons therefore, states:

1) That a Motions Hearing is currently scheduled for May 21, 2015 at 11:00 a.m.

2) That trial in the above-captioned case has been scheduled for June 1, 2015 and is expected to last four (4) to five (5) days.

3) That a Pre-Plea Criminal History was ordered in the above-captioned matter which revealed that the Defendant has at least one (1) predicate conviction which may qualify him as an Armed Career Criminal. Furthermore, information in the Pre-Plea Criminal History suggests - - and this has been confirmed by the Defendant - - that he may have been unrepresented for that predicate conviction.

4) Undersigned counsel is currently requesting a postponement of this matter in order to explore the possibility of filing a Writ Of Error Coram Nobis in order to eliminate the aforesaid conviction from the Defendant's criminal history computations.

5) That on this date, a conference was conducted with the Government and Judge

Bennett at which time undersigned counsel requested a postponement of the trial date in order to explore the possibility of filing the Writ Of Error Coram Nobis.

6) That the contemplated new trial date is July 6, 2015.

7) That the Defendant, through undersigned counsel, pursuant to the Speedy Trial Act, is hereby waiving this period of time beginning May 12, 2015 until July 6, 2015 for purposes of speed trial computation.

8) That it is undersigned counsel's understanding that a Motions Hearing date will be scheduled in the event that he cannot successfully file the Coram Nobis Petition.

9) That neither side will be prejudiced by the hereinabove request.

**WHEREFORE**, the Defendant respectfully requests:

a) That this Honorable Court hereby set the new trial date in the above-captioned case for July 6, 2015;

b) That for speedy trial computation purposes, the time period of May 12, 2015 through July 6, 2015 will not be counted; and,

c) For such other and further relief as the cause of justice may require.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No. : 410-625-1028

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of May, 2015, a copy of the foregoing was electronically forwarded to:

P. Michael Cunningham, Esquire
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

DAVID R. SOLOMON, ESQ.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO.: RDB-14-577** |
| **JOHN HAYES** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * *

## ORDER

It is hereby **ORDERED** this ____ day of May, 2015, that Defendant's Request For Postponement is hereby GRANTED and that Defendant further waives the time period between May 12, 2015 and July 6, 2015 for speedy trial computation purposes.

______________________________
JUDGE RICHARD D. BENNETT

United States District Court
for the District of Maryland