**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO.: RDB-14-577** |
| **JOHN HAYES** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

It is hereby **ORDERED** this 12th day of May, 2015, that Defendant's Request For Postponement is hereby GRANTED and that Defendant further waives the time period between May 12, 2015 and July 6, 2015 for speedy trial computation purposes.

JUDGE RICHARD D. BENNETT

United States District Court
for the District of Maryland