# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

**U.S.Courthouse - Chambers 5D**
**101 W. Lombard Street**
**Baltimore, MD 21201**
**Tel: 410-962-3190**
**Fax: 410-962-3177**

September 22, 2015

## LETTER ORDER

TO COUNSEL OF RECORD

RE: *USA v. Hayes*
Criminal No.- RDB-14-0577

Dear Counsel:

This will confirm the telephone conference of today in connection with the request of defense counsel for a revision of the Scheduling Order so as to afford him more time to file a Writ of *Coram Nobis* in the Circuit Court for Baltimore County in connection with a prior conviction of the Defendant. This will confirm the REVISED SCHEDULING ORDER in this case as follows:

| | |
|---|---|
| **Motions Hearing** | **Scheduled as needed** |
| **Pretrial Conference** | **December 18, 2015 at 3:00 p.m.** |
| **Jury Trial** | **January 4, 2016** |

Defense counsel shall file the appropriate Speedy Trial Act Order and shall also advise the Court of the case number of the Writ of *Coram Nobis* when it is filed in the Circuit Court for Baltimore County.

Although informal in format, this letter nonetheless constitutes an Order of Court and

the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf