LAW OFFICE
DAVID R. SOLOMON, LLC
SUITE 1717
201 N. CHARLES STREET
CHARLES AND LEXINGTON STREETS
BALTIMORE, MARYLAND 21201

EMAIL:
drsolomonlaw@gmail.com

OFFICE (410) 244-8822
FAX (410) 625-1028

September 29, 2015

**ECF Filing**
The Honorable Judge Richard D. Bennett
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RE: USA vs. John Edward Hayes
Criminal No.: RDB-14-0577

Dear Mr. Bennett:

Pursuant to our most recent conversation with regard to the above, I am enclosing a Notice Of Docketing for the Petition For Writ Of Coram Nobis which was filed on behalf of Mr. Hayes. The Case Number has been assigned and it is: 03-K-97-003170 IF.

Thank you for your cooperation in this matter.

Very truly yours,

DAVID R. SOLOMON

DRS:jlj
Encls.

(dictated/not read)

Julie L. Ensor
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf: (800)-735-2258
Maryland Toll Free Number (800) 938-5802

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

NOTICE OF DOCKETING
PETITION FOR WRIT OF CORAM NOBIS

PETITIONER: John Edward Hayes

CASE NUMBER: 03-K-97-003170 IF

DATE FILED: 09/24/15

You are, hereby, notified, in accordance with Maryland Rule 15-1203, that a petition seeking relief in the prior judgment has been received and docketed in the Circuit Court for Baltimore County, in the above referenced case.

Julie L. Ensor
Julie L. Ensor
Clerk of the Circuit Court

cc: Trial Judge, Circuit Court for Baltimore County
State's Attorney for Baltimore County
Court File