**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| **JOHN EDWARD HAYES** | * | **Criminal No. RDB-14-577** |
| | * | |
| ***Defendant.*** | * | |
| | * | |

*******

## NOTICE OF APPEARANCE

CLERK OF THE COURT:

Please enter the appearance of Special Assistant United States Attorney Lauren E. Perry in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: __________/s/_____________

Lauren E. Perry
Special Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4839
Lauren.Perry@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of Court via CM/ECF and thereby served counsel for the Defendants.

_________/s/_______

Lauren E. Perry