FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC 18 PM 4: 19
CLERK'S OFFICE
AT BALTIMORE
BY______DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**United States of America** :
:
v. : Criminal No. RDB-14-0577
:
**John Edward Hayes**

## ORDER

On December 18, 2015, the Court heard oral argument and testimony on pending motions. For the reasons stated on the record during the motions hearings, the Court rules as follows:

(1) MOTION to Suppress *Evidence Seized During The Search Of A White Nissan Altima* by Defendant.(ECF No. 17) **IS DENIED**

(2) MOTION to File Additional Motions After Discovery by Defendant. (ECF No. 18) **GRANTED**

(3) MOTION to Suppress *Photo Identification And/Or Video Surveillance And In Court Identification* (ECF No. 19) **IS WITHDRAWN AS MOOT**

(4) MOTION for Disclosure *Pursuant To Fed. R. Evid. 404(b) and 609* by Defendant (ECF No. 20) **IS WITHDRAWN AS MOOT**

(5) MOTION for Severance Based Upon Prejudicial Joinder Of Offenses by Defendant(ECF No. 23) **IS DENIED**

(6) MOTION to Dismiss *Alleged Violation Of 18 U.S.C., Section 924(c)* by Defendant (ECF No. 51) **IS DENIED for the reasons set forth on the record and for reasons to be set forth in a Memorandum to be filed by the Court.**

The Motion to Suppress the Oral and Written Statements by Defendant (ECF No. 16) **REMAINS PENDING** this Court's compete review of Government's exhibit No. 2, the video tape of the Defendant on June 12, 2014.

It is so ORDERED this 18th day of December, 2015.

*Richard D. Bennett*
United States District Judge