April 21, 16

To: Whom It May Concern:

Re: Notice of Appeal

FILED ENTERED
LODGED RECEIVED

APR 2 5 2016

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

USA v. JOHN EDWARD HAYES
RDB-14-0577

On April 19, 2016, I was sentenced to a total of 209 months by Judge Robert Bennett. At this time, I wish to formally request an appeal.

Respectfully Requested -
John Hayes

CDF
OUTGOING MAIL
APR 21 2016
MAIL ROOM
"This is an Institution[illegible]"

John Hayes #1024492
401 E. Madison St. CDF
Balt. MD 21202

BALTIMORE MD 212
22 APR 2016 PM 7 L

FILED
LODGED
RECEIVED
APR 25 2016
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

Clerk of the Court
U.S. District Courthouse
100 Lombard St.
Baltimore, MD 21201

21201261600

App 7