# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 04/25/16 | District: USDC Maryland | District Case No.: RDB14cr0577 |
|---|---|---|
| ✔ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: ______<br>Other: ______ | **Division:** Baltimore<br><br>**Caption:**<br>USA<br>v.<br>John Edward Hayes | **4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ______

**Confinement-**Criminal Case**:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address-**Criminal Case**:**

**District Judge:**
Richard D. Bennett

**Court Reporter** (list all):
Electronically
Douglas Zweizig
Mary Zajac

**Coordinator**:

**Fee Status:**
___ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid

**Criminal Cases:**
- ✔ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**
- ✔ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**
- ___ Assembled electronic record transmitted
- ___ Additional sealed record emailed to 4cca-filing
- ___ Paper record or supplement shipped to 4CCA
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ✔ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**
- ___ Assembled electronic record available if requested
- ___ Additional sealed record available if requested
- ___ Paper record or supplement available if requested
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

Deputy Clerk: Stephanie Savoy Phone: 410-962-3928 Date: 04/25/16

01/2012