FILED: April 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-4235
(1:14-cr-00577-RDB-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN EDWARD HAYES

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:14-cr-00577-RDB-1 |
| Date notice of appeal filed in originating court: | 04/25/2016 |
| Appellant | John Edward Hayes |
| Appellate Case Number | 16-4235 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |