FILED: April 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-4235
(1:14-cr-00577-RDB-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN EDWARD HAYES

Defendant - Appellant

---

O R D E R

---

The court appoints David Richard Solomon to represent John Edward Hayes. Counsel is referred to the **CJA Payment Memorandum** and the **CJA eVoucher Page** for information on appointment terms and procedures.

CJA authorization for preparation of transcript is obtained from the district court, but deadlines for ordering and filing transcript are set by the court of appeals. Counsel must attach the paper CJA 24 form to the transcript order form and docketing statement filed in the court of appeals within 14 days of the docketing notice. The court of appeals will set a deadline for filing the transcript upon receipt

of the paper CJA 24 form. Counsel must also provide the transcript order form and CJA 24 form to the court reporter and the district court. If the district court is using CJA eVoucher, the district court will notify counsel upon receipt of the paper CJA 24 form that counsel must complete the transcript request by filing an "Auth-24" request in the district court's eVoucher system. Financial arrangements for the transcript will not be considered complete until counsel has complied with the district court's direction to submit an "Auth-24" request through the district court's CJA eVoucher system.

CJA 20 and 21 vouchers are submitted for payment through the Fourth Circuit's CJA eVoucher system. Upon receiving email notification of this appointment from eVoucher, counsel may create CJA 20 and 21 vouchers for use in maintaining time and expense records and paying for expert services.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk