# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

June 14, 2016

John Hayes, #58541-037
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Re: *United States v. John Hayes*, Criminal Case No.RDB-14-577

Dear Mr. Hayes:

To order a transcript you must contact the court reporter and pay the transcription fee. The court reporter assigned to your case is Doug Zweizig. You may contact him directly at the Northern division address found at the bottom of this letter.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office