FILED: September 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-4235
(1:14-cr-00577-RDB-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN EDWARD HAYES

Defendant - Appellant

---

O R D E R

---

Court-appointed counsel has filed a brief in this case pursuant to Anders v. California, 386 U.S. 738 (1967). The filing of an Anders brief mandates preparation and review of a full transcript of the criminal proceedings. Accordingly, the court directs preparation at government expense of a transcript of the plea hearing, held in district court on December 22, 2015, which proceedings were recorded by Mary Zajac.

Payment for transcript is authorized on the attached CJA 24 Form.

When the transcript has been completed, the court reporter shall file the original transcript with the district court, send appellant's copy of the transcript to court-appointed counsel, and send the completed CJA 24 Form to the Fourth Circuit for payment.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

1. CIR./DIST./ DIV. CODE: 04C
2. PERSON REPRESENTED: John Hayes
VOUCHER NUMBER:

3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 1:14-cr-00577-RDB-1
5. APPEALS DKT./DEF. NUMBER: 16-4235
6. OTHER DKT. NUMBER:

7. IN CASE/MATTER OF *(Case Name)*: US v. John Hayes

8. PAYMENT CATEGORY
- ☐ Felony
- ☐ Petty Offense
- ☐ Misdemeanor
- ☐ Other
- ☑ Appeal

9. TYPE PERSON REPRESENTED
- ☐ Adult Defendant
- ☑ Appellant
- ☐ Juvenile Defendant
- ☐ Appellee
- ☐ Other

10. REPRESENTATION TYPE *(See Instructions)*

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Appeal

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

12/22/15 plea hearing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

See attached appellate order for supplemental transcript.

Signature of Attorney — Date

David Richard Solomon, Esq.

Printed Name

Telephone Number: n/a

☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

[signature]

~~Signature of Presiding Judge or~~ By Order of the Court

09/06/2016

Date of Order — Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS

☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

Telephone Number:

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee ____ Date ____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

~~Signature of Attorney or~~ Clerk — Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court — Date

24. AMOUNT APPROVED